Last Updated: November 10, 2016

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

James J. Mauro

                    Plaintiff,

against

NYCDOE, Marie Guillaume

                    Defendant.

------------------------------------------------------------X

CIVIL ACTION NO.:

19-CV-04372 (GBD)(KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-9-19

**PROPOSED CASE MANAGEMENT PLAN FOR PRO SE CASE**

1. **Summary of Claims, Defenses, and Relevant Issues.**

   **(Plaintiff)**/Defendant (circle one)

   Plaintiff brings this action alleging race discrimination in violation of Title VII, the SHRL, + the CHRL.

2. **I understand my obligation to and am preserving relevant information.**

   **(Plaintiff)**/Defendant (circle one)

3. **Proposed Schedule**

   All discovery should be completed by _May 14, 2020_

       a.    <u>Depositions</u>: Depositions shall be completed by _April 13, 2020_

       b.    Neither party may take more than _10_ depositions. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

c. Initial Requests for Documents must be made by _September 25, 2019_

d. Responses to Requests for Documents must be made by _October 25, 2019_

e. Documents from third-parties (such as doctors) (will)/will not (circle one) be required. If required, the following are the third-parties from whom Documents will be requested.

_____
_____
_____
_____

f. Subpoenas requesting Documents from third-parties must be served by _November 15, 2019_. Documents obtained from third-parties must be provided to all parties in this matter.

g. There will/will not (circle one) be expert testimony in this case. If expert testimony will be needed, please describe the topic on which the expert(s) is expected to testify

_____
_____
_____

## 4. Early Settlement or Resolution

The parties (have)/have not (circle one) discussed the possibility of settlement. The parties request a settlement conference by no later than _April 14, 2020_. The following information is needed before settlement can be discussed:

_____
_____
_____

## 5. Other Matters

(Plaintiff(s))/Defendant(s) (circle one) wish to discuss the following additional matters at the Initial Case Management Conference.

_____
_____
_____
_____

2

Respectfully submitted this 7th day of August, 2019.

James Mauro

Name

90 Kennington St, Staten Island, NY 10308

Address

(718) 356-8149

Phone number

jmauro28@yahoo.com

Email

Pro Se

Party representing (if applicable)

James Mauro
90 Kensington St
Staten Island, NY 10308
Pro Se

Judge Katherine Parker
500 Pearl St
New York, NY 10007-1312
Courtroom 17D

USMS
SDNY