UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JAMES J. MAURO,

                               Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION;
MARIE GUILLAUME, PRINCIPAL OF HIGH
SCHOOL FOR ENERGY AND TECHNOLOGY,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

19 CV 04372 (GBD)(KHP)

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and all the papers and proceedings herein, Defendants will move this Court, before the Honorable Katherine H. Parker, United States District Judge, Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, 10007, on a date and time to be designated by the Court, for an order and judgment, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's discrimination, retaliation and hostile work environment claims brought pursuant to 42 U.S.C. §§ 2000e, et seq., New York State Executive Law § 296, and New York City Administrative Code § 8-107 for failing to state a cause of action.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Judge Parker's Order, dated September 12, 2019, Plaintiff's opposition, if any, is due by December 15, 2019 and Defendants' reply brief, if any, is due by December 30, 2019.

Date:        New York, New York
               November 15, 2019

**JAMES E. JOHNSON**
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Room 2-109(g)
New York, New York 10007
(212) 356-0889
ddandrig@law.nyc.gov

By:         /s/
Danielle Dandrige
Assistant Corporation Counsel

TO:    James J Mauro (by First Class Mail)
Plaintiff, *pro se*.
90 Kennington Street
Staten, Island, NY 10308
(718) 356-8149
jmauro@yahoo.com

19 CV 04372 (GBD)(KHP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES J. MAURO,

                                          Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION; MARIE GUILLAME =,, PRINICPAL OF HIGH SCHOOL FOR ENERGY AND TECHNOLOGY,

                                          Defendants

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

**JAMES E. JOHNSON**
*Corporation Counsel of the City of New York*

Attorney for Defendants
100 Church Street, Room 2-142)
New York, New York 10007-2601

*Of Counsel:* Danielle M. Dandrige
*Tel:* (212) 356-0889

*Matter No.:* 2019-035797

*Due and timely service is hereby admitted.*

*New York, N.Y.* ..........................................., 2019

..................................................................................

*Attorney for* ...............................................................