UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAMES J. MAURO,

                                   Plaintiff,

       -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, and MARIE GUILLAUME,

                                 Defendants.

-----------------------------------------------------------------X

**ORDER**

**19-CV-4372 (GBD) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic case management conference will be held on **Wednesday, July 15, 2020 at 10:30am**.  Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line.  To join the conference line, please dial **866-434-5269** and enter access code **4858267** (if prompted for a security code, reenter the access code).

      SO ORDERED.

Dated: New York, New York
       May 18, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge