UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMES MAURO,

                Plaintiff,                  19 **CIVIL** 4372 (GBD) (KHP)

      -against-                        **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION, MARIE GUILLAUME,
PRINCIPAL OF HIGH SCHOOL FOR
ENERGY AND TECHNOLOGY,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 24, 2021, Magistrate Judge Parker's Reports is adopted; Defendants' motion to dismiss Plaintiff's second amended complaint, (ECF No. 50), is granted and the second amended complaint is dismissed with prejudice

**Dated:**  New York, New York
          September 24, 2021

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                                   **BY:**
                                                      **Deputy Clerk**