```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

JAMES J. MAURO,

                                       Plaintiff,

         -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, and MARIE GUILLAUME,

                                       Defendants.

**ORDER**

**19-CV-4372 (GBD) (KHP)**

```
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the February 22, 2023 Case Management Conference:

Defendants shall answer the Complaint by **Wednesday, March 1, 2023.**

**No further amendments to the complaint absent good cause.  No further joinder of parties absent good cause.**

The deadline for completion of all discovery is **Thursday, June 22, 2023.**  On **Wednesday, March 22, 2023**, the parties shall file a joint status letter updating the Court on the status of discovery.

The parties shall follow the Court's Individual Practices in connection with any discovery disputes.

    SO ORDERED.

Dated: New York, New York
       February 22, 2023

                                              _Katharine H. Parker_____
                                              KATHARINE H. PARKER
                                            United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/22/2023