UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAMES J. MAURO,

                              Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, and MARIE GUILLAUME,

                             Defendants.

-----------------------------------------------------------------X

**ORDER**

**19-CV-4372 (GBD) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2023

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As discussed at the May 3, 2023 Case Management Conference, a Case Management Conference is scheduled on **Tuesday, July 18, 2023, at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, NY.

      SO ORDERED.

Dated: New York, New York
       May 16, 2023

_Katharine H. Parker_

KATHARINE H. PARKER
United States Magistrate Judge